# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

WINE OF JAPAN IMPORT, INC.

Plaintiff,

-v-

JFC INTERNATIONAL, INC., HIROMICHI AZUMA, and ATSUSHI KOYANAGI

Defendant.

Case No. 20-2497

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Defendant Atsushi Koyanagi** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 03/23/2020

/s/ Guy Yonay

**Signature of Attorney**

**Attorney Bar Code:** GY-3028