AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| WINE OF JAPAN IMPORT, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-2497 |
| JFC INTERNATIONA, INC. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Atsushi Koyanagi.

Date: 03/23/2020

/s/ Sarah Benowich
*Attorney's signature*

Sarah Benowich, SB-1991
*Printed name and bar number*

Pearl Cohen Zedek Latzer Baratz LLP
1500 Broadway, 12th Fl.
New York, NY 10036

*Address*

sbenowich@pearlcohen.com
*E-mail address*

(646) 878-0800
*Telephone number*

(646) 878-0801
*FAX number*