UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINE OF JAPAN IMPORT, INC.,

           Plaintiff,

     -against-

JFC INTERNATIONAL, INC., HIROMICHI AZUMA, and ATSUSHI KOYANAGI,

           Defendants,

**ORDER**

20 Civ. 2497 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference currently scheduled for **July 23, 2020** is adjourned to **August 6, 2020** at **11:30 a.m**.

Dated:  New York, New York
        July 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge