UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINE OF JAPAN IMPORT, INC.,

            Plaintiff,

    -against-

JFC INTERNATIONAL, INC., HIROMICHI AZUMA, and ATSUSHI KOYANAGI,

            Defendants.

**ORDER**

20 Civ. 2497 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties are directed to submit letter motions to compel as to any discovery issue no later than **Monday, January 18, 2021**.

Dated: New York, New York
       January 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge